Evelyn Fingarette, as Administratrix, etc., of Abraham Elfenbein, Deceased, Appellant, v. Harry E. Wright, Doing Business under the Firm Name and Style of New York Corn File Co., Respondent.— In an action to recover damages resulting from the death of the plaintiff's intestate, as the alleged result of using a " corn file " manufactured by the defendant, judgment dismissing the com-

plaint unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.